John J. Maciejewski, for appellant; Charles D. Snewind, of counsel; Raymond L. McClory, and Louis P. Miller, for appellees. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed May 11, 1954; released for publication June 3, 1954.

## Herman Corrado, Appellant, v. Calumet Engineering Company, and Marshall J. Joyce, Appellees.

### Gen. No. 46,072. (Abstract of Decision.)

James A. Dooley, for appellant; Crowe, Yates, Abrahamson & Fisk, for appellees; Burt A. Crowe, of counsel. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed May 11, 1954; released for publication June 3, 1954.